BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: ZOFRAN® PRODUCTS
LIABILITY LITIGATION

MDL No. _____

### MOTION OF DEFENDANT GLAXOSMITHKLINE LLC FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Defendant GlaxoSmithKline LLC ("GSK") respectfully moves this Panel, pursuant to 28 U.S.C. §1407, for an order transferring the actions identified in the Schedule of Actions served and filed herewith, as well as any "tag-along" actions or other cases that may subsequently be filed asserting related or similar claims, to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings before either the Honorable Cynthia M. Rufe or the Honorable Paul S. Diamond.

In support of this motion, and as fully explained in its accompanying Brief in Support incorporated by reference here, GSK states that transfer for pretrial coordination and consolidation is proper and necessary for the following reasons:

1. There are currently twelve actions pending in ten different judicial districts in the United States involving the prescription drug Zofran®[1] and alleging similar conduct on the part of defendant GSK. *See* accompanying Schedule of Actions.

---

[1] One case listed on the attached Schedule of Actions (*Ragland*) names GSK as the sole defendant and alleges that GSK is liable for injuries caused when the pregnant mother ingested a generic form of Zofran®.

2. To date, cases have been filed in the district courts of Massachusetts, Montana, Alabama – Northern District, Alabama – Southern District, Arkansas, Louisiana – Eastern District, Louisiana – Western District, New Jersey, Ohio, and Texas.  GSK anticipates that more actions will be filed nationwide in the near future.

3. Transfer of these actions will further the goals of Section 1407 because all allege common questions of fact against the same defendant, GSK.

4. Centralizing the actions would on balance serve the convenience of the parties and witnesses, and it will promote just and efficient resolution of the litigation by, *inter alia*, eliminating duplicative discovery, avoiding duplicative motions, preventing inconsistent pretrial rulings, deterring improper forum and judge shopping, conserving judicial resources, and reducing litigation costs and effort for the parties.

5. The United States District Court for the Eastern District of Pennsylvania is the most appropriate forum for coordination of these actions, including for the following reasons:

    a. The Eastern District of Pennsylvania is a convenient forum with a significant connection to the litigation, as GSK maintains co-centralized U.S. pharmaceutical operations and offices in Philadelphia, Pennsylvania.  A significant number of witnesses and relevant evidence are likely located within or are convenient to the District.

    b. The Eastern District of Pennsylvania has significant experience handling multidistrict litigation involving pharmaceutical and medical device products liability actions.

    c. Both Judge Rufe and Judge Diamond have substantial and relevant experience handling similar litigation.

d. The Eastern District of Pennsylvania is a geographically accessible venue to counsel and parties involved in this litigation.

e. The Eastern District of Pennsylvania is particularly well-suited to manage the Zofran® litigation given its history of working with the Complex Litigation Center established by the Philadelphia Court of Common Pleas and its experience handling federal-state coordination of mass tort actions.

WHEREFORE, Defendant respectfully requests that the Panel centralize the actions set forth in the Schedule of Actions filed herewith, as well as any tag-along actions or other cases that may subsequently be filed asserting related or similar claims, and transfer them for pretrial proceedings to the United States District Court for the Eastern District of Pennsylvania before either the Honorable Cynthia M. Rufe or the Honorable Paul S. Diamond.

Dated: July 6, 2015	Respectfully submitted,


  /s/ Madeleine M. McDonough_____
Madeleine M. McDonough
Ann Havelka
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
T: 816.474.6550
F: 816.421.5547
mmcdonough@shb.com
ahavelka@shb.com

Sean P. Wajert
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: 215.278.2555
F: 215.278.2594
swajert@shb.com

*Attorneys for Defendant GlaxoSmithKline LLC*