**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: ZOFRAN® PRODUCTS
LIABILITY LITIGATION

MDL No. _____

**PROOF OF SERVICE**

In compliance with Rule 4.1 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on July 6, 2015, a copy of the foregoing Motion for Transfer, Brief in Support, Schedule of Actions (with attachments), Reasons Why Oral Argument Should Be Heard, and this Proof of Service were served on the following district courts by Federal Express overnight delivery, and that the forgoing Motion for Transfer, Brief in Support, Schedule of Actions (without attachments), Reasons Why Oral Argument Should Be Heard, and this Proof of Service were served on the following counsel by Federal Express overnight delivery and through the Court's electronic filing system (CM/ECF):

**Clerks of Courts:**

| | |
|---|---|
| Clerk of Court<br>Northern District of Alabama<br>Hugo L. Black United States Courthouse<br>1729 5th Avenue North<br>Birmingham, Alabama 35203 | Clerk of Court<br>Southern District of Alabama<br>113 Saint Joseph Street<br>Mobile, Alabama 36602 |
| Clerk of Court<br>Eastern District of Arkansas<br>500 West Capitol Avenue<br>Little Rock, Arkansas 72201 | Clerk of Court<br>Eastern District of Louisiana<br>500 Poydras Street<br>Room C151<br>New Orleans, LA 70130 |
| Clerk of Court<br>Western District of Louisiana<br>800 Lafayette Street, Suite 2100 | Clerk of Court<br>District of Massachusetts<br>1 Courthouse Way |

1

| | |
|---|---|
| Lafayette, Louisiana 70501 | Boston, Massachusetts 02210 |
| Clerk of Court<br>District of Montana<br>2601 2nd Avenue North<br>Billings, Montana 59101 | Clerk of Court<br>District of New Jersey<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 |
| Clerk of Court<br>Northern District of Ohio<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43604 | Clerk of Court<br>Eastern District of Texas<br>500 North State Line Avenue<br>Texarkana, Texas 75501 |

**Counsel for Plaintiffs:**

| | |
|---|---|
| Lloyd Gathings, Esq.<br>lgathings@gathingslaw.com<br>Gathings Law<br>2204 Lakeshore Drive, Suite 406<br>Birmingham, AL 32509<br>**Counsel for Plaintiff: Julie Hunter**; N.D. Alabama (Southern); No. 2:15-cv-00544 | Stephen R. Hunt, Jr., Esq.<br>shunt@cwcd.com<br>B. Kristian W. Rasmussen, Esq.<br>krasmussen@cwcd.com<br>Cory, Watson, Crowder & Degaris<br>2131 Magnolia Avenue<br>Suite 200<br>Birmingham, AL 35205-2854<br>**Counsel for Plaintiff: Heather Ragland, individually and as parent and natural guardian of T.R., a minor;** N.D. Alabama (Southern); No. 2:15-cv-01053-VEH |
| Jay W. Eisenhofer, Esq.<br>jeisenhofer@gelaw.com<br>Caitlin M. Moyna, Esq.<br>cmoyna@gelaw.com<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>**Counsel for Plaintiff: Vicki Roberts, individually and as parent and natural guardian of T.N., a minor;** S.D. Alabama, No. 1:15-cv-00320 | M. Elizabeth Graham, Esq.<br>egraham@gelaw.com<br>Thomas V. Ayala, Esq.<br>tayala@gelaw.com<br>Grant & Eisenhofer, P.A.<br>123 Justison Street, Suite 700<br>Wilmington, DE 19801<br>**Counsel for Plaintiff: Vicki Roberts, individually and as parent and natural guardian of T.N., a minor;** S.D. Alabama, No. 1:15-cv-00320 |

| | |
|---|---|
| David Hodges, Esq.<br>david@hodgeslaw.com<br>David Hodges Law Office<br>212 Center Street, Suite 500<br>Little Rock, AR 72201<br>**Counsel for Plaintiffs: Cory and Jill Cox;**<br>E.D. Arkansas (Western); No. 4:15-cv-00284 | Leonard A. Davis, Esq.<br>ldavis@hhklawfirm.com<br>James C. Klick, Esq.<br>jklick@hhklawfirm.com<br>Danielle T. Hufft, Esq.<br>dhufft@hhklawfirm.com<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>**Counsel for Plaintiffs: Alexis Alexander, individually and as parent and natural guardian of N.A., a minor**; E.D. Louisiana (New Orleans); No 2:15-cv-02323 |
| Jay W. Eisenhofer, Esq.<br>jeisenhofer@gelaw.com<br>Caitlin M. Moyna, Esq.<br>cmoyna@gelaw.com<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>**Counsel for Plaintiffs: Alexis Alexander, individually and as parent and natural guardian of N.A., a minor**; E.D. Louisiana (New Orleans); No 2:15-cv-02323 | M. Elizabeth Graham, Esq.<br>egraham@gelaw.com<br>Thomas V. Ayala, Esq.<br>tayala@gelaw.com<br>Grant & Eisenhofer, P.A.<br>123 Justison Street, Suite 700<br>Wilmington, DE 19801<br>**Counsel for Plaintiffs: Alexis Alexander, individually and as parent and natural guardian of N.A., a minor**; E.D. Louisiana (New Orleans); No 2:15-cv-02323 |
| Arthur M. Murray, Esq.<br>amurray@murray-lawfirm.com<br>Stephen B. Murray, Sr., Esq.<br>smurray@murray-lawfirm.com<br>Jessica W. Hayes, Esq.<br>jhayes@murray-lawfirm.com<br>Amanda K. Klevorn, Esq<br>aklevorn@murray-lawfirm.com<br>Murphy Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>**Counsel for Plaintiffs: Stacy Coughlin, individually and on behalf of L.D., a minor, and Ashley Swann, individually and on behalf of V.P., a minor;** W.D. Louisiana (Lafayette); No. 6:15-cv-01815 | Patrick C. Morrow, Esq.<br>pat@mmrblaw.com<br>Richard T. Haik, Jr., Esq.<br>richardh@mmrblaw.com<br>Morrow, Morrow, Ryan & Bassett<br>324 West Landry Street<br>P.O. Drawer 1787<br>Opelousas, LA 70571<br>**Counsel for Plaintiffs: Stacy Coughlin, individually and on behalf of L.D., a minor, and Ashley Swann, individually and on behalf of V.P., a minor;** W.D. Louisiana (Lafayette); No. 6:15-cv-01815 |

| | |
|---|---|
| Eric Timothy Haik, Esq.<br>ehaik@hmg-law.com<br>Haik, Minvielle & Grubbs, LLP<br>1017 East Dale Street<br>New Iberia, LA 70562<br>**Counsel for Plaintiffs: Stacy Coughlin,**<br>**individually and on behalf of L.D., a minor;**<br>W.D. Louisiana (Lafayette); No. 6:15-cv-01815 | Kimberly A. Dougherty, Esq.<br>kdougherty@myadvocates.com<br>Janet, Jenner & Suggs, LLC<br>31 St. James Ave., Suite 365<br>Boston, MA 02116<br>**Counsel for Plaintiff: Tomisha LeClair;** D.<br>Massachusetts (Boston); No. 1:15-cv-10429-FDS. |
| Thomas V. Ayala, Esq.<br>tayala@gelaw.com<br>Grant & Eisenhofer, P.A.<br>123 Justison Street, Suite 700<br>Wilmington, DE 19801<br>**Counsel for Plaintiff: Tomisha LeClair;** D.<br>Massachusetts (Boston); No. 1:15-cv-10429-FDS | Frank N. Dardeno, Esq.<br>fdardenojr@dardeno.com<br>Law Office of Frank N. Dardeno, LLP<br>424 Broadway<br>Somerville, MA 02145<br>**Counsel for Plaintiff: Kim Duong;** District of<br>Massachusetts (Boston); No. 1:15-cv-11627 |
| Robert J. Bonsignore, Esq.<br>rbonsigore@classactions.us<br>Bonsignore Trial Lawyers, PLLC<br>23 Forest Street<br>Medford, MA 02155<br>**Counsel for Plaintiff: Kim Duong;** District of<br>Massachusetts (Boston); No. 1:15-cv-11627 | A. Clifford Edwards, Esq.<br>jenn@edwardslawfirm.com<br>Triel Culver, Esq.<br>triel@edwardslawfirm.com<br>Edwards, Frickle & Culver<br>1648 Poly Drive, Suite 206<br>Billings, MT 59102<br>**Counsel for Plaintiffs: Leslie "Casey" and**<br>**Pam Marlenee;** D. Montana (Billings); No.<br>1:15-cv-00026 |
| Peter L. Helland, Esq.<br>phelland@nemont.net<br>Helland Law Firm PLLC<br>3ll Klein Avenue<br>Glasgow, MT 59230<br>**Counsel for Plaintiffs: Leslie "Casey" and**<br>**Pam Marlenee;** D. Montana (Billings); No.<br>1:15-cv-00026 | Audwin F. Levasseur, Esq.<br>harbatkinlevasseur@gmail.com<br>Law Offices of Harbatkin & Levasseur, P.A.<br>616 E. Palisade Avenue, Suite 102<br>Englewood Cliffs, NJ 08024<br>**Counsel for Plaintiffs:  Saro & Lee**<br>**Mandoyan;** D. New Jersey (Newark); No.<br>2:15-cv-04536 |

| | |
|---|---|
| James G. O'Brien, Esq.<br>jim@toledolaw.com<br>Carasuana B. Wall, Esq.<br>cara@toledolaw.com<br>Pamela A. Borgess, Esq.<br>Pamela@toledolaw.com<br>Zoll, Kranz & Borgess, LLC<br>6620 W. Central Ave., Suite 100<br>Toledo, OH 43617<br>**Counsel for Plaintiffs: Patrick D. Regan,<br>Valerie C. Regan, Elizabeth Vaughan on<br>behalf of the Bankruptcy Estate *In Re:<br>Patrick D. Regan and Valerie M. Regan,* and<br>Patrick Regan on behalf of the estate of<br>Molly Regan, deceased;** N.D. Ohio (Toledo);<br>No. 3:15-cv-01166 | Steve Harrelson, Esq.<br>steve@harrelsonfirm.com<br>Harrelson Law Firm, P.A.<br>300 State Line Avenue<br>Texarkana, AR 71584<br>**Counsel for Plaintiff: Julia Lynn<br>Shonkwiler;** E.D. of Texas (Texarkana); No.<br>5:15-cv-00034 |
| Robert J. Bonsignore, Esq.<br>rbonsignore@classactions.us<br>Bonsignore Trial Lawyers, PLLC<br>23 Forest Street<br>Medford, MA 02155<br>**Counsel for Plaintiff: Julia Lynn<br>Shonkwiler**; E.D. of Texas (Texarkana); No.<br>5:15-cv-00034 | |

Dated: July 6, 2015                    Respectfully submitted,

                                         _/s/ Madeleine M. McDonough_____
                                         Madeleine M. McDonough
                                         Ann Havelka
                                         **SHOOK, HARDY & BACON L.L.P.**
                                         2555 Grand Blvd.
                                         Kansas City, MO 64108
                                         T: 816.474.6550
                                         F: 816.421.5547
                                         mmcdonough@shb.com
                                         ahavelka@shb.com

                                         Sean P. Wajert
                                         **SHOOK, HARDY & BACON L.L.P.**
                                         Two Commerce Square
                                         2001 Market St., Suite 3000
                                         Philadelphia, PA 19103
                                         T: 215.278.2555
                                         F: 215.278.2594
                                         swajert@shb.com

                                         *Attorneys for Defendant GlaxoSmithKline LLC*